United States District Court
Southern District of Texas
FILED

SEP 0 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CASTRO | § | |
|     Plaintiff | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-158 |
| | § | |
| WAL-MART STORES, INC., | § | |
|     Defendant | § | |

## NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL

TO:   PLAINTIFF, JUAN CASTRO, BY AND THROUGH HIS ATTORNEY:

Mr. Anthony P. Troiani
**LAW OFFICE OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 107
Brownsville, Texas 78521

PLEASE TAKE NOTICE THAT a Notice of Removal of this action was filed in the United States District Court for the Southern District of Texas, Brownsville Division, on September 5, 2003. A copy of the said Notice of Removal is attached to this Notice and is served and filed herewith.

DATED:   September 5, 2003.

                                      Respectfully submitted,

                                      **DRABEK & ASSOCIATES**
                                      1720 E. Harrison, Suite B
                                      Harlingen, Texas 78550
                                      956/428-4544 Telephone
                                      956/428-4880 Facsimile

                                      _____
                                      Jaime A. Drabek
                                      Fed. Id. No. 8643
                                      Texas State Bar No. 06102410
                                      *Counsel for Defendant, Wal-Mart Stores, Inc.*

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and correct copy of the foregoing document has been forwarded to Plaintiffs' counsel of record by regular mail, certified mail and/or hand delivery, return receipt requested, on this ___5th___ day of September, 2003.

Mr. Anthony P. Troiani                    **Via Hand Delivery**
**LAW OFFICE OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 107
Brownsville, Texas 78521

_____
Jaime A. Drabek