4

United States District Court
Southern District of Texas
FILED

SEP 0 5 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CASTRO | § | |
|     Plaintiff | § | |
| | § | |
| | § | B-03-158 |
| VS. | § | CIVIL ACTION NO. _____ |
| | § | |
| WAL-MART STORES, INC., | § | |
|     Defendant | § | |

## JURY DEMAND

Defendant WAL-MART STORES, INC., hereby demands trial by jury in this action.

DATED:   September 5, 2003.

Respectfully submitted,

**DRABEK & ASSOCIATES**
1720 E. Harrison, Suite B
Harlingen, Texas 78550
210/428-4844 Telephone
210/428-4880 Facsimile

_____
JAIME A. DRABEK
Fed. I.D. No. 8643
Texas State Bar No. 06102410
**Counsel for Defendant, Wal-Mart Stores, Inc.**

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all counsel of record by certified mail, return receipt requested, on this the __5th__ day of September, 2003, to-wit:

Mr. Anthony P. Troiani
**LAW OFFICE OF ANTHONY TROIANI**
700 Paredes Avenue, Suite 107
Brownsville, Texas 78521

Jaime A. Drabek