IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CASTRO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-158 |
| | § | |
| WAL-MART STORES, INC. AND | § | |
| JORGE MONTIEL | § | |

United States District Court
Southern District of Texas
FILED

DEC 0 4 2003

Michael N. Milby
Clerk of Court

**PLAINTIFF'S MEMORANDUM
IN SUPPORT OF ATTORNEY FEES**

Plaintiff, JUAN CASTRO, asks the court to award attorney fees and other related expenses, as authorized by Title 28 U.S.C. § 1447(c).

**A. INTRODUCTION**

1. Plaintiff is JUAN CASTRO; defendants are WAL-MART STORES, INC. and JORGE MONTIEL.

2. On or about August 13, 2003, Plaintiff sued Defendants for personal injuries resulting from a slip and fall accident at its store located in Brownsville, Cameron County, Texas.

3. On September 5, 20003 WAL-MART STORES, Inc. filed notice of Removal. Plaintiff filed a timely Motion for Remand. The court granted Plaintiff's Motion for Remand in favor of Plaintiff, and the clerk entered the Order of Remand on November 5, 2003.

**B. ARGUMENT**

4. Plaintiff is entitled to an award of attorney fees for the following:

(A) Title 28 U.S.C. § 1447(c) allows District Court to grant such fees and provides that "[a]n order remanding may require payment of just costs and any actual expenses, including attorney's fees, incurred as a result of the removal".

(B) The District Court found that WAL-MART STORES, INC. and JORGE MONTIEL, improperly removed this matter failed to address JORGE MONTIEL's citizenship, argue why he should be disregarded or attempt to cure said defects in a timely manner. For these reasons Defendants, WAL-MART STORES, INC. and JORGE MONTIEL's conduct was sanctionable. Therefore, Plaintiff is entitled to attorney fees under the inherent authority of the court. See *Mints v. Educ. Testing Serv.*, 53 F.1253, 1260 (3d Cir. 1996). "The propriety of the Defendant's removal continues to be central in determining whether to impose fees." *Miranti v. Lee*, 3 F.3d 925, 928-29 (5th Cir. 1993). See also *Garcia v. Amfels*, Inc., 254 F.3d 585, 588 (5th Cir. 2001) (upholding this Court's award of attorney's fees where defendants were unable to cite any persuasive authority to support removal and removal was frivolous).

5. Plaintiff seeks the sum of $1,050.00 as the fair and reasonable amount of attorney fees, as established by the declaration of Anthony P. Troiani, attached as Exhibit "A". Anthony P. Troiani spent approximately 6.0 hours and charged the prevailing rate of $175.00 per hour.

## C. CONCLUSION

6. The court granted Plaintiff's Motion for Remand ordering WAL-MART STORES, INC. and JORGE MONTIEL to pay Plaintiff reasonable costs and attorney's

fees associated with the improper removal of this case. For these reasons, Plaintiff asks the court to award attorney fees to him.

Respectfully submitted.



By: _____
Anthony P. Troiani
State Bar No. 00795914
Fed. I.D. No. 20607
Law Office of Anthony Troiani
700 Paredes Avenue Suite 107
Brownsville, Texas 78520
Tel. (956) 541-4235
Fax. (956) 541-9174

Attorney-in-Charge for Plaintiff

### CERTIFICATE OF SERVICE

I, Anthony Troiani, do hereby certify that a true and correct copy of the following instrument has been sent to Defendant's attorney on December 5, 2003 in accordance with FRCP 5:

**VIA FAX: (956) 428-4880**
Mr. Jaime Drabek
Drabek & Associates
1720 E. Harrison, Ste. B
Harlingen, Texas 78550

_____
ANTHONY P. TROIANI

# Exhibit "A"
## Plaintiff's Memorandum in Support of Attorney's Fees

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CASTRO | § | |
| | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 03-CV-158 |
| | § | |
| | § | |
| WAL-MART STORES, INC. AND | § | |
| JORGE MONTIEL | § | |

## DECLARATION OF ANTHONY P. TROIANI
## IN SUPPORT OF ATTORNEY'S FEES

I, **ANTHONY P. TROIANI**, declare as follows:

1.  I am a duly licensed attorney. I am the attorney for JUAN CASTRO, the Plaintiff in this matter. Suit was filed on or about August 13, 2003 in the 107th District Court of Cameron County, Texas.

2.  Defendant Wal-Mart Stores, Inc., removed this matter on September 5, 2003. Plaintiff timely filed his motion for remand and same was granted by this Court on November 5, 2003. At that time this Court awarded Plaintiff reasonable attorney's fees incurred as a result of the removal pursuant to 28 U.S.C. § 1447(c).

3.  During the course of litigating Defendant's Removal Proceedings I have expended six (6) hours of work in reviewing Defendant's Notice of Remand, researching, preparing, and drafting Plaintiff's Motion for Remand and meeting with my client regarding Plaintiff's Motion to Remand.

4.  My hourly rate is $175.00 per hour which is normal and customary for an attorney of my experience and qualification in the practice of law, in Brownsville, Texas.

5.  The attorney's fees of $1,050.00 expended in litigating the issue of

removal and remand in this case were a direct result of Defendant, Wal-Mart Stores, Inc.'s Notice of Removal and are fair and reasonable.

6. Plaintiff is entitled to reasonable attorneys' fees. The amount of reasonable fees is the sum of $1,050.00.

I declare under penalty of perjury under the laws of the United States and of the State of Texas that the foregoing is true and correct.

Executed on the 3rd day of December, 2003.

---
Anthony P. Troiani

Subscribed and sworn to before me on this the 4th day of December, 2003.

---
Notary Public, State of Texas



NANCY E. GARCIA
Notary Public
State of Texas
My Commission Expires
October 09, 2007